# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW18 | 9706080 | Gradle | 718 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 05/02/2024 1520

Offense Charged ☐ CFR ☐ USC ☐ State Code: RCW 46.61.200

Place of Offense: GUAM/MEADOW NASWI OAK HARBOR

Offense Description: Factual Basis for Charge HAZMAT ☐

FAILURE TO STOP AT STOP SIGN

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| HOLT-MOORE | SEBASTIAN | J |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CJZ 2886 | WA | 16 | HYUN SONATA | | GREY |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** →

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount

+ $30 Processing Fee

$ 80 **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9706080*

CVB SCAN 07/16/2024 16:13

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 05/02, 20 24 while exercising my duties as a law enforcement officer in the Western District of Washington

See Gradle

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/02/2024 Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/16/2024 16:13